**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**DR. SERGIO ULISES ESPINOSA DOMÍNGUEZ, Plaintiff,**

**v.**

**UNITED STATES PATENT AND TRADEMARK OFFICE, et al., Defendants.**

**Civil Action No.: 1:26-cv-03290**

**PLAINTIFF'S EMERGENCY MOTION TO PLACE PERSONAL RESIDENTIAL ADDRESS UNDER SEAL**

Plaintiff Dr. Sergio Ulises Espinosa Domínguez, appearing pro se, respectfully moves this Honorable Court for an order directing the Clerk's Office to place his personal residential address—as recorded within Document No. 4—under seal, restricting public accessibility on the PACER/ECF platform while maintaining the data internally for official Court use and judicial service. In support of this request, Plaintiff states as follows:

**1.** On September 23, 2026, Plaintiff's Pro Se Consent Form to Receive Notices of Electronic Filing was docketed as Document No. 4, exposing Plaintiff's exact physical residential address in Mexico City to the public registry.

**2.** This underlying litigation involves a highly contentious, cross-border administrative and intellectual property controversy tracing significant commercial subvention liabilities and allegations of live-system data spoliation.

**3.** The public exposure of Plaintiff's exact physical living coordinates in an environment removed from the immediate geographic jurisdiction of the Court creates an acute privacy vulnerability and a heightened personal security risk that complicates Plaintiff's ability to safely prosecute this action pro se.

**4.** Plaintiff does not seek to alter or withhold his address from the Court, the Clerk's Office, or the named federal defendants. Plaintiff fully consents to the maintenance of his address within locked internal repository layers for the purpose of receiving official paper notifications or orders.

RECEIVED
OCT 6 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**5.** Federal courts possess inherent equitable power to control access to their dockets and seal sensitive personal identifying information (PII) where public disclosure poses a potential risk to a litigant's personal welfare or privacy interest.

**WHEREFORE,** Plaintiff respectfully requests that this Court order the Clerk to place Document No. 4 under seal, shielding Plaintiff's physical home address from the public platform while preserving it internally for the Court's administrative requirements.

**Dated: October 6, 2026**

**Respectfully submitted,**

SERGIO E DOMÍNGUEZ

**Dr. Sergio Ulises Espinosa Domínguez**

Complainant Pro Se

sergioedominguez@gmail.com

Mobile: +52 1 55 4074 4566